STEEL'S CONSOLIDATED, INC., Respondent, v. AMERICAN SURETY COMPANY and Another, Appellants.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LYDDON & HANFORD COMPANY, Respondent, v. LEO C. HARTE, Appellant.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor JJ.

ANTONIO D'URBANO, Appellant, v. ALFONSO PETROSSI COMPANY, INC., and Another, Respondents.    Consolidated with two other actions.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GORDON C. GREENE, by His Guardian ad Litem, F. CALDWELL GREENE, Respondent, v. ANTHONY F. ZAFF, Appellant.— Judgment and order affirmed, with costs. All concur.    Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

F. CALDWELL GREENE, Respondent, v. ANTHONY F. ZAFF, Appellant.— Judgment and order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW RAYMOND, Appellant.— Judgment of conviction affirmed.    All concur.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FREDERICK J. MAIER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LILLIE B. MAIER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

H. FRANK VAN TYNE and Others, Respondents, v. RICHARD H. WHEELOCK, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ROCHESTER LITHOLITE COMPANY, Respondent, v. KATE MARTIN COX, Doing Business under the Firm Name of J. W. MARTIN & BRO., Appellant.— Order opening default modified and affirmed, with ten dollars costs and disbursements to the respondent.    Order denying motion to postpone trial affirmed.    All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Estate of OTTO KIEKEBUSCH, Deceased.— Decree affirmed, with costs.    All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SAMUEL A. COOPER and Another, Respondents, v. GEORGE E. FRANCIS and Another, Appellants.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHAUNCEY LEWIS, Respondent, v. JOHN TEREBUSZKA, Appellant.— Judgment and order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.